IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

OLIVIA RAMIREZ-HERNANDEZ,    )
                             )
        Plaintiff,            )
                             )
    v.                        )    1:25-cv-750
                             )
UNKNOWN PERSONS AT            )
ALLICEVILLE FCI,              )
                             )
        Defendant.            )

## ORDER

On October 27, 2025, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 2, 3.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 2), is **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to Plaintiff filing a new complaint, on the proper forms and in the proper district, which corrects the defects cited in the Recommendation.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 30th day of December, 2025.

/s/ William L. Osteen, Jr.
United States District Judge